# United States District Court
## Southern District of Georgia

Kawami Johnson,

## JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV416-130, CR410-95,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 3/15/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 motion.

| 3/15/17 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *Walker [signature]* |
| | *(By) Deputy Clerk* |